AO 442 (Rev. 11/11) Arrest Warrant

FID 11385168

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
JOSHUA LEE HERNANDEZ
aka "ACE HERNANDEZ"

_____
Defendant

Case: 1:22-cr-00042
Assigned to: Judge Cooper, Christopher R.
Assign Date: 2/9/2022
Description: INDICTMENT (B)

## ARREST WARRANT

To:   Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   Joshua Lee Hernandez

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 231(a)(3) - Civil Disorder
18 U.S.C. §§ 1512(c)(2), 2 - Obstruction of an Official Proceeding
18 U.S.C. § 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(4) - Engaging in Physical Violence in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(B) - Entering and Remaining in the Gallery of Congress
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building

Date: 2/9/22

Robin M. Meriweather
2022.02.09 15:11:31 -05'00'

*Issuing officer's signature*

City and state:   Washington, DC

ROBIN M. MERIWEATHER, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 2-9-22, and the person was arrested on (date) 2-23-22
at (city and state) Memphis, TN

Date: 2-23-22

Michael Saltsman FBI Agent
*Arresting officer's signature / Printed name and title*

ECF DOCUMENT
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.
ANGELA D. CAESAR, CLERK

Shedelle Dorsett
Digitally signed by Shedelle Dorsett
Date: 2022.02.11 15:35:07

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Joshua Lee Hernandez

Known aliases: Ace Hernandez

Last known residence: Memphis, TN 38122

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth: xx/xx/1993

Social Security number:

Height: 5'10"          Weight: 180

Sex: Male              Race:

Hair:                  Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use: 3 Traffic Arrest

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address: Federal Bureau of Investigation - SA Steven Huie (646) 799-2621

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: